UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14002-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MARQUIS SHAROD BELLAMY,

      Defendant.

_____/

## ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

**THIS CAUSE** comes before the Court pursuant to Defendant's Motion for a Sentence Reduction Pursuant 18 U.S.C. § 3582(c)(1)(A) Pursuant to Amendment of 2023 and First Step Act of 2018 (DE 212).  This is Defendant's third motion seeking a reduction in sentence due to "…Amendment 1B1.13 which added a new category for extraordinary and compelling reasons for 18 U.S.C. § 3582(c)(1)(A) relief".  He again argues "…that if sentenced to today Petitioner would not be sentence as a Career Offender or an Armed Career Criminal either" and "…the U.S. Court of Appeals for the Eleventh Circuit recent case law authorities holding that Fla. Stat. 893.13(Marijuana) offense does not qualify as a 'serious drug felony' constitutes as extraordinary and compelling reasons warranting a sentence reduction…".

Defendant pled guilty to Count 1, conspiracy to distribute cocaine in violation of 21 U.S.C. § 841(a)(1), § 841(b)(1)(C) and § 846, and Count 17, felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1).  Defendant was sentenced as a career offender on Count One and as an Armed Career Criminal on Count Seventeen, which subjected him to a mandatory minimum sentence of 180 months imprisonment.  On July 1, 2021, he was sentenced to a total of 180 months imprisonment.

As I indicated in my previous Order (DE 210), Defendant cannot show a change in the law that would produce a gross disparity between the sentence being served and the present since his conspiracy conviction would still constitute a controlled substance offense under the career offender provisions of the Sentencing Guidelines.

Moreover, Defendant has not demonstrated extraordinary and compelling grounds for relief and my previous ruling remains unchanged.  Therefore, it is

**ORDERED and ADJUDGED** that Defendant's Third Motion for a Sentence Reduction Pursuant 18 U.S.C. § 3582(c)(1)(A) Pursuant to Amendment of 2023 and First Step Act of 2018 (**DE 212**) is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida this 30th day of July 2024.

Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record
        Marquis Sharod Bellamy, Defendant